UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

<u>United States of America</u>

       v.                    Criminal No. 09-cr-120-01-JL

<u>Luis A. Ortiz</u>

<u>O R D E R</u>

    The assented to motion to reschedule jury trial (document no. 47) filed by defendant is granted; Final Pretrial is rescheduled to December 16, 2011 at 2:00 PM; Trial is continued to the two-week period beginning January 4, 2012, 9:30 AM.

    Defendant shall file a waiver of speedy trial rights within 10 days.  The court finds that the ends of justice served by granting a continuance outweigh the best interest of the public and the defendant in a speedy trial, 18 U.S.C. § 3161(h)(7)(B)(iv), for the reasons set forth in the motion.

    SO ORDERED.

                                                    _/s/ Joe Laplante_

                                                    Joseph N. Laplante
                                                    United States District Judge

Date:  October 11, 2011

cc:  Andrew Winters, Esq.
     Jennifer Davis, Esq.
     U.S. Marshal
     U.S. Probation